# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2016

151299(57)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* Estate of DOLORES C. SOLTYS
_____

DENNIS SOLTYS, SR., and MARLENE HARRIS,
     Plaintiffs-Appellees,

v

DAVID A. SCHMIDLIN, Personal Representative of the Estate of KATHLEEN SCHMIDLIN,
     Defendant-Appellant.

SC: 151299
COA: 311143
St. Clair PC: 2009-000587-CZ

_____/

On order of the Court, the motion for reconsideration of this Court's June 10, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2016



Clerk

p0919